UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN CARLOS RAMIREZ CARRERO,<br><br>                           Petitioner,<br><br>v.<br><br>CHRISTOPHER LAROSE, et al.,<br><br>                           Respondents. | Case No.:  3:26-cv-3548-CAB-JAC<br><br>**ORDER PARTIALLY GRANTING A WRIT OF HABEAS CORPUS** |

Pending before the Court is Petitioner Jean Carlos Ramirez Carrero's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  [Doc. No. 1 ("Petition").]

Respondents argue that the Petition involves whether Petitioner is subject to detention under 8 U.S.C. § 1225 or § 1226.  Though Respondents assert that Petitioner is subject to mandatory detention under 8 U.S.C. § 1225(b)(2), they also "acknowledge[] that this Court, and Courts in this district, have repeatedly reached the opposite conclusion under the same and/or similar facts."  [Doc. No. 4 at 2.]  Respondents therefore "do not oppose the [P]etition and defer[] to the Court on the appropriate relief."  [*Id.* at 3.]

///

///

///

///

3:26-cv-3548-CAB-JAC

The Court therefore **PARTIALLY GRANTS** a writ of habeas corpus and **ORDERS** that within 14 days of this order, unless Petitioner requests a continuance, the government provide Petitioner Jean Carlos Ramirez Carrero an individualized bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226 and its associated regulations. If requested by Petitioner, Respondents shall assist him in obtaining the audio recording of the bond hearing.

The Clerk of the Court shall close the case.

It is **SO ORDERED**.

Dated: August 12, 2026

Hon. Cathy Ann Bencivengo
United States District Judge

3:26-cv-3548-CAB-JAC